**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ZINA TAGGART, CHICHITHA REDIX,
TAKEELA POWELL, SHANNIKA GRAGG,
SHARON DUNCAN, FELICIA HOLMAN,
LISA DRAGGS, LISA HARRIS,
CAROLYN PUGH, AND YOLANDA THOMAS**                          **PLAINTIFFS**

v.                          Case No. 5:12-cv-00144-KGB

**DAVIS NURSING ASSOCIATION d/b/a
DAVIS LIFE CARE CENTER, HAZEL
STREET NURSING ASSOCIATION d/b/a
DAVIS EAST, and JOE D. RATLIFF,
Individually and in his official capacity**                          **DEFENDANTS**

**ORDER**

The Court conducted a pretrial conference with counsel on Monday, August 18, 2014. Through counsel, plaintiffs Chichitha Redix, Takeela Powell, Sharon Duncan, Felicia Holman, Lisa Draggs, Lisa Harris, and Yolanda Thomas moved to dismiss voluntarily their claims with prejudice. For good cause shown, the motion is granted. Ms. Redix's, Ms. Powell's, Ms. Duncan's, Ms. Holman's, Ms. Draggs's, Ms. Harris's, and Ms. Thomas's claims are dismissed with prejudice. Plaintiffs Zina Taggart's, Shannika Gragg's, and Carolyn Pugh's claims remain.

SO ORDERED this the 18th day of August, 2014.

_____
Kristine G. Baker
United States District Judge