IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ZINA TAGGART, *ET AL.*

                                                                                                                      PLAINTIFFS

v.                      Case No. 5:12-cv-00144-KGB

DAVIS NURSING ASSOCIATION d/b/a
DAVIS LIFE CARE CENTER, HAZEL
STREET NURSING ASSOCIATION d/b/a
DAVIS EAST, and JOE D. RATLIFF,
Individually and in his official capacity                        DEFENDANTS

## ORDER

Based on representations from counsel in chambers, this case is removed from the trial docket for the week of August 18, 2014.

SO ORDERED this the 18th day of August, 2014.

                                                                                Kristine G. Baker
                                                                                United States District Judge